AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)   ☐ Original   ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

Central District of California

LODGED
CLERK, U.S. DISTRICT COURT
3/7/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: _____MMC_____ DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
3/07/25
CENTRAL DISTRICT OF CALIFORNIA
BY: _____MR_____ DEPUTY

United States of America

v.

Mitchell Butler,

Defendant.

Case No.   2:25-MJ-01269-DUTY

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of March 3, 2025, in the county of Los Angeles in the Central District of California, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(5) | Alien in Possession of a Firearm |

This criminal complaint is based on these facts:

 Please see attached affidavit.

☒ Continued on the attached sheet.

/s/ Kristina Oh, Special Agent
*Complainant's signature*

Kristina Oh, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: March 7, 2025

*Judge's signature*

City and state: Los Angeles, California

Hon. Pedro V. Castillo U.S. Magistrate Judge
*Printed name and title*

AUSA: Shawn T. Andrews x6104

**AFFIDAVIT**

I, Kristina Oh, being duly sworn, declare and state as follows:

## I. PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of a criminal complaint against and arrest warrant for Mitchell BUTLER ("BUTLER") for a violation of 18 U.S.C. § 922(g)(5): Alien in Possession of a Firearm.

2. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and arrest warrant and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

## II. BACKGROUND OF AFFIANT

3. I am a Special Agent ("SA") with Homeland Security Investigations ("HSI") in Los Angeles, California. I am currently assigned to HSI Los Angeles' Integrated Operations Group, which is tasked with performing proactive investigations into federal violators of both immigration and customs laws. I have been an HSI SA since January 2023. My training includes approximately 6.5 months of training in criminal and civil

investigations at the Federal Law Enforcement Training Center in Glynco, Georgia.

### III. STATEMENT OF PROBABLE CAUSE

4. Based on my review of law enforcement reports, conversations with other law enforcement agents, and my own knowledge of the investigation, I am aware of the following:

**A. LAPD Discovers a Firearm on BUTLER's Person**

5. On March 3, 2025, two Los Angeles Police Department ("LAPD") officers responded to 1835 South Hope Street ("Hope Street") in Los Angeles, after they received a radio call reporting a domestic violence incident involving assault with a dangerous weapon at that location.[1]  When the officers arrived at Hope Street, they saw BUTLER and detained him pending further investigation.  Following that initial detention, two additional LAPD officers arrived on scene.  Then, one of those two officers conducted a pat down of BUTLER and discovered that BUTLER was carrying a Springfield Garrison handgun (the "Springfield") on his person.

6. Following that discovery, officers went inside the SFC where they met with victim A.R.  According to A.R., BUTLER threatened to murder her numerous times that morning.  Initially, she did not report those threats to the police because she did not have a phone.  Ultimately, however, she entered the SFC and told a SFC employee about the threats and

---

[1] Based on my review of publicly available information on the Internet, Hope Street is the address of the St. Francis Center (the "SFC"), a low-income and homeless services relief organization.  The SFC occupies a building at the location.

the SFC employee called the police.  After learning of A.R.'s account, LAPD officers arrested BUTLER for a violation of California Penal Code Section 422(A), Criminal Threats.

**B.   BUTLER Is An Australian Citizen With An Expired Visa**

7.   On March 6, 2025, I reviewed immigration documents for BUTLER and learned that BUTLER is an Australian citizen who arrived in the United States on or about August 12, 2016, in possession of a B1/B2 visa that expired on February 11, 2017. Upon his arrival in the United States, BUTLER acknowledged that his visa allowed him to stay in the United States for six months and that he would need to file a visa extension to lawfully remain in the United States past February 11, 2017.  On October 11, 2016, and November 10, 2016, BUTLER filed requests for a visa extensions.  Both of those requests were denied and BUTLER's via expired on February 11, 2017.  As such, I know that when BUTLER possessed the Springfield on March 3, 2025, he was an alien unlawfully present in the United States after having overstayed his visa.

**C.   Interstate Nexus**

8.   On or about March 6, 2025 ATF Special Agent David Gonzalez -- who is trained in analyzing the location where firearms are manufactured -- opined that the Springfield was manufactured in either Illinois or Croatia.  Accordingly, since the Springfield was seized from BUTLER, I believe it traveled in and affected interstate commerce.

//

//

## IV. CONCLUSION

9. For all of the reasons described above, there is probable cause to believe that BUTLER has committed a violation of 18 U.S.C. § 922(g)(5): Alien in Possession of a Firearm.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 7th day of March, 2025.

_____
HONORABLE PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE